UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | CV113-92 |
| $10,000.00 IN U.S. CURRENCY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## DEFAULT JUDGMENT AND
## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff, the United States of America, has moved this Court, pursuant to Fed. R. Crim. P. 55, for the entry of a Default Judgment and Final Order of Forfeiture and Distribution against the Defendant $10,000.00 in United States Currency ("the Defendant Currency") as well as against Rickey J. Boykins, his heirs, successors and assigns and all other persons and entities having an interest in the Defendant Currency. Plaintiff has shown that there was reasonable cause to seize the Defendant Currency; that a Verified Civil Complaint for Forfeiture *In Rem* was filed pursuant to 21 U.S.C. § 881(a)(6); that all known parties were served with proper process; and that all other unknown potential claimants have been served by publication. As reflected by the record in this case, all persons and entities having interest in the Defendant Currency have failed to appear, file a claim or answer, or otherwise defend the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States

of America and against the Defendant Currency. Furthermore, no person with standing is before the Court to object to the United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution are **GRANTED**;

2. The Defendant Property is hereby condemned and forfeited to the United States of America, and all right, title, claim and interest to the Defendant Property by Rickey J. Boykins, his heirs, successors and assigns and all other persons and entities are vested in the United States of America;

3. Rickey J. Boykins, his heirs, successors and assigns and all other persons and entities are forever barred from asserting a claim against the Defendant Currency;

4. The United States Marshals Service or an authorized designee shall dispose of the Defendant Currency according to law and regulatory procedures;

5. The United States Marshals Service or an authorized designee shall pay from the Defendant Currency all expenses of the Department of Justice related to the seizure and forfeiture of the Defendant Property;

6. The remaining portion of the Defendant Currency shall be deposited by into the Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c); and

7. The Clerk is hereby directed to enter judgment pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture and Distribution.

**SO ORDERED**, this 25th day of August, 2014, in *United States of America v. $10,000.00 in United States Currency*, CV113-92.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA